[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13274
Non-Argument Calendar
_____

D.C. Docket No. 6:13-cr-00019-GAP-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMETRICES TAVARES MITCHELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 2, 2014)

Before TJOFLAT, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Charles M. Greene, appointed counsel for Demetrices Mitchell in this direct

criminal appeal, has moved to withdraw from further representation of Mitchell

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's convictions and sentences are **AFFIRMED**.